# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>*Plaintiff,*<br>v.<br><br>PATRICK KREINER, THOMAS KREINER, TIMOTHY KREINER, JEROME KREINER, STEVE R. LYON, ANNA LYON, and BONNIE R. LINDSLY<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-cv-765<br>Judge Mazzant |

## ORDER

Pending before the Court is Defendants' Agreed Motion to Clarify (Dkt. #89). The Motion seeks to clarify the Court's April 22, 2026 Memorandum Opinion and Order (Dkt. #68). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Court's determination regarding Defendant Patrick Kreiner's self-designation in the Court's April 22, 2026 Memorandum Opinion and Order (Dkt. #68) is clarified as follows:

- The Court's determination regarding Defendant Patrick Kreiner's ability to designate beneficiaries presupposed the validity of the March 14, 2024 beneficiary designation request;

- In the event that the March 14, 2024 beneficiary designation request is found invalid, the Court's April 22, 2026 Memorandum Opinion and Order (Dkt. #68) was not a final determination on the disposition of the annuity proceeds.

**IT IS SO ORDERED.**

**SIGNED this 25th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE